

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JERRETT WILLIAM RIPLEY, | § | No. 08-19-00040-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | of Pecos County, Texas |
| Appellee. | § | (TC# P-3892-112-CR) |
| | § | |

## O R D E R

The Court has reviewed Appellant's response and amended response to the letter providing notice of the Court's intent to dismiss the appeal for lack of jurisdiction. Appellant requests that the Court clarify the record to reflect he timely filed his notice of appeal. At the request of the Court, the District Clerk has provided the Court with copies of the judgment of conviction and Appellant's motion for new trial.

In the amended response, Appellant states that sentence was imposed on November 13, 2018, but the judgment of conviction recites that sentence was imposed on November 3, 2018. The recitations in the judgment are presumed to be true. In an appeal from a criminal conviction, the appellate timetable begins to run on the date sentence is imposed in open court. *See* TEX.R.APP.P. 26.2(a). The notice of appeal is due to be filed thirty days after sentence is imposed in open court unless the defendant timely files a motion for new trial. *See* TEX.R.APP.P. 26.2(a)(1).

1

Appellant asserts in his amended response that he timely filed his motion for new trial on December 3, 2018 and the trial court denied it on December 4, 2018. The District Clerk has provided the Court with a copy of Appellant's motion for new trial. The file-stamp on the motion for new trial reflects that it was filed on December 6, 2018. Based on the foregoing information, Appellant's notice of appeal was due to be filed no later than December 3, 2018. The notice of appeal was filed on January 16, 2019.

The Court requests that Appellant file an additional response addressing whether Appellant timely filed his notice of appeal. Appellant should provide the Court with any evidence supporting his assertions that sentence was not imposed until November 13, 2018 and that he timely-filed his motion for new trial on December 3, 2018. Appellant's response is due to be filed no later than February 11, 2019. The State's reply to Appellant's response, if any, is due to be filed no later than February 21, 2019.

IT IS SO ORDERED this 31st day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.